UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION INDUSTRY, ) | |
| LABORERS PENSION FUND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CV51 HEA |
| ) | |
| ARBOR CONSTRUCTION COMPANY, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the Docket Text Order granting the motion for additional time to file responsive pleadings filed by defendant **Arbor Construction Company, LLC** on **March 19, 2010**.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 18th day of May, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE